980 So.2d 708 (2008)
Richard HARGETT
v.
ESTATE OF Daniel N. HARGETT, Sr., Yvette Hargett, Daniel N. Hargett, Jr., Lloyd Hargett, Heidi Hargett, and Elizabeth Hargett.
No. 2008-C-0549.
Supreme Court of Louisiana.
May 16, 2008.
In re Hargett, Richard;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Lafayette, 15th Judicial District Court Div. G, No. 2002-5288; to *709 the Court of Appeal, Third Circuit, No. 07-723.
Denied.
CALOGERO, C.J., would grant.
VICTORY, J., would grant.